FILED
United States District Court
Albuquerque, New Mexico
Erik Paltrow
Clerk of Court

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

| | | |
|---|---|---|
| United States of America<br>v.<br>Jose Carlos COTA-Espinoza<br><br>*Defendant(s)* | ) | Case No. **26mj3536** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 16, 2026 in the county of Bernalillo in the District of New Mexico, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Count 1: 21 U.S.C. §§ 841(a)(1), (b)(1)(B) | 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), that being possession with intent to distribute 500 Grams and More of a Mixture and Substance Containing Methamphetamine |

This criminal complaint is based on these facts:

Please see the attached affdavit of DEA Special Agent Emmett Fritz, which is incorporated by reference and has been reviewed and approved by AUSA Eva Fontanez

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Emmett Fritz, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/16/2026

[signature]
*Judge's signature*

City and state: Albuquerque, NM

John F. Robbenhaar, US Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the United States Drug Enforcement Administration ("DEA") and have been since July 2018. As such, I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request arrest and search warrants. Furthermore, I am a law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), and I am empowered by law to conduct investigations and to make arrests for criminal offenses, to include those enumerated in 18 U.S.C. § 2516.

2. I graduated from the DEA Training Academy in Quantico, Virginia, after receiving approximately 16 weeks of specialized narcotics-related training. While at the DEA Training Academy, I became familiar with how controlled substances are consumed, manufactured, packaged, marketed, and distributed. I received training on surveillance and counter-surveillance operations, undercover operations, confidential source operations, criminal law, and investigations involving federal electronic surveillance statutes, to include Title III wiretaps, drug identification, search warrant executions, and vehicle stops.

3. My experience as a Special Agent includes, but is not limited to: conducting surveillance, interviewing witnesses, writing affidavits for and executing search and seizure warrants, debriefing defendants and confidential sources, and working with undercover agents and informants. I have received training and have experience in the investigation of violations of the federal drug, firearms, and money laundering laws, including the offenses listed below. As a result, I am familiar with matters including, but not limited to, the means and methods used by drug traffickers and drug trafficking organizations to purchase, transport, store, and distribute illegal drugs and to hide profits generated from those transactions. I also have experience in analyzing and interpreting drug codes and cryptic dialogues used by drug traffickers. I have also spoken with other law enforcement officers with expertise and experience in these areas.

4. This case is being investigated by the DEA. I have personally participated in the investigation described below. I make this affidavit based on my participation in the investigation, as well as reports and information made available to me by other agents and Task Force Officers ("TFOs"), as well as other law enforcement authorities. This affidavit is intended only to show that there is sufficient probable cause for the requested criminal complaint and arrest warrant, and does not set forth all of my knowledge or the surrounding facts pertaining to this matter.

## PROBABLE CAUSE

5. This affidavit is made in support of the issuance of a criminal complaint and arrest warrant charging Jose Carlos COTA year of birth 2003 ("COTA") with the following violations:
    a. 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), that being possession with intent to distribute methamphetamine.

6. On July 16th, 2026, DEA agents were conducting surveillance in the area of 810 Eubank Blvd Northeast, which is the known residence of Jose Carlos COTA. COTA has been identified as a drug courier operating for a drug trafficking organization (DTO) that I have been investigating since 2024. On this date, agents observed COTA's known vehicle parked at the apartment complex at 810 Eubank Blvd Northeast. This vehicle is identified as a maroon Ford 500 bearing New Mexico license plate CGDA25 which is registered to an unknown individual.

7. On this date, agents established surveillance on COTA's vehicle. After some time, agents observed COTA exit from the apartment complex and enter the vehicle and depart the apartment residence. Agents maintained surveillance on COTA.

8. Agents followed COTA to an apartment complex located at 4401 San Pedro Ave Northeast, Albuquerque, NM. I know this apartment complex to be associated to the DTO that COTA works for and it is suspected that this apartment complex was a narcotic stash location. Once there, I observed COTA park his vehicle in the parking lot and exit the vehicle. I maintained surveillance on COTA and observed him enter apartment #516 while holding a black backpack on his back which appeared to be empty. After some time, I observed COTA exit apartment #516 while carrying the same black backpack on his back. I was able to observe that the black backpack appeared to be fuller than when COTA entered the apartment.

9. Agents maintained surveillance on COTA and observed him re-enter the vehicle and depart from the area. Agents maintained surveillance on COTA and observed him drive east on Comanche Road Northeast and that is when Deputy AJ Noriega, who is a sworn deputy to Sandoval County, conducted a traffic stop. Deputy Noriega probable cause for the stop is that COTA's vehicle had a tinted license plate cover over the rear license plate in violation of New Mexico Stat. 66-3-18.

10. Once the traffic stop was initiated, COTA pulled the vehicle over on San Pablo Street Northeast. At this time Deputy Noriega approached the vehicle and spoke to COTA. COTA was asked to step out of his vehicle by Deputy Noriega, which he complied with. Once out of the vehicle, Deputy Noriega asked COTA to step into his marked police vehicle to speak to him. COTA agreed to this.

11. At this time, Deputy Noriega began an interview, which was recorded by body camera, with COTA. Using Google translate, Deputy Noriega was able to speak to COTA. COTA

was asked if a search of his vehicle could be conducted with his consent, to which COTA agreed to. At this time, Deputy Noriega had COTA step out of his vehicle and had him sit on the curb. Deputy Noriega then searched the vehicle with DEA SA Collin Straddling which resulted in the seizure of 18.5 pounds of methamphetamine contained in the black backpack that COTA was observed wearing.

12. At this time, COTA was arrested and taken back to the DEA office for an interview. COTA was mirandized in Spanish by TFO Erick Castaneda, who is a fluent Spanish speaker. COTA was asked various questions during this interview and admitted to TFO Castaneda, and myself, that he did pick up the 18.5 pounds of methamphetamine from the apartment #516 at 4401 San Pedro Road Northeast and was taking it back to his residence. COTA further stated that he was instructed by the DTO leader to pick up the methamphetamine at that apartment, and was awaiting further instructions from the DTO leader on where to deliver the methamphetamine.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Emmett Fritz
Special Agent
U.S. Drug Enforcement Administration

Telephonically sworn and electronically signed
this 16 day of July 2026.

Honorable John F. Robbenhaar
United States Magistrate Judge